IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TAMARA CLEMONS, as Administratrix of the
Estate of Evan Haggins Jr., Individually, and as
Next of Friend of Jaquice Clemons;
and EVAN HAGGINS SR.                                          PLAINTIFFS

v.                          No. 3:18-cv-00152-DPM

DAVID W. MARTIN, Individually; and
WHITESTONE TRANSPORTATION, LLC                DEFENDANTS

## JUDGMENT

The amended complaint is dismissed with prejudice.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 January 2020